# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 1:23-cv-01493-JLT-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS<br><br>(Doc. 26) |

Eric Lebron Springs is a federal prisoner proceeding pro se and *in forma pauperis* in this action. Plaintiff asserts claims under the Federal Tort Claims Act.

On November 12, 2024, the assigned United States Magistrate Judge screened the second amended complaint pursuant to 28 U.S.C. § 1915A and found Plaintiff stated cognizable claims against Defendant the United States of America under the California state law torts of assault and battery. (Doc. 23 at 6-8). The Magistrate Judge also found that the other claims in the second amended complaint were not cognizable and granted Plaintiff leave to file a third amended complaint or to stand on the second amended complaint as screened. (*Id.* at 8-10). The Court served Plaintiff with the screening order on the same day.

On December 9, 2024, Plaintiff timely filed a notice informing the Court that he did not wish to amend his complaint and that he wished to stand on his second amended complaint as screened. (Doc. 24).

1

On December 13, 2024, the Magistrate Judge issued Findings and Recommendations to dismiss all remaining claims, aside from those Federal Tort Claims Act claims asserting assault and battery under California state law. (Doc. 26). The Findings and Recommendations notified Plaintiff that any objections were due within 14 days. (*Id.* at 2). Plaintiff was advised that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff was served with the Findings and Recommendations on December 13, 2024. Plaintiff did not file objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 13, 2024 (Doc. 26) are **ADOPTED** in full.
2. This action **SHALL** proceed on Plaintiff's second amended complaint (Doc. 22) <u>only on the cognizable Federal Tort Claims Act claims against Defendant the United States of America under the California state law torts of assault and battery</u>.
3. All other claims are **DISMISSED** from this action for failure to state claims upon which relief may be granted.
4. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **November 5, 2025**

UNITED STATES DISTRICT JUDGE

2