UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC LEBRON SPRINGS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.: 1:23-cv-01493-JLT-CDB (PC)

ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS

**45-DAY DEADLINE**

Plaintiff Eric Lebron Springs ("Plaintiff") is a federal prisoner proceeding pro se and *in forma pauperis* in this action brought pursuant to the Federal Tort Claims Act.  The Court has found that Plaintiff states at least one cognizable claim for relief.  (Docs. 26, 34).  On January 12, 2026, Defendant the United States of America filed an answer to the second amended complaint.  (Doc. 38).

The Court refers cases filed by pro se inmates to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively.  No claims, defenses, or objections are waived by the parties' participation.

The Court, therefore, STAYS this action for 120 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in early settlement conference.  The Court presumes that all such post-screening cases assigned to the undersigned will proceed to a settlement conference.  However, if, after investigating Plaintiff's claims and meeting and conferring, either

party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference, in which event the Court will lift the stay.

**Conclusion and Order**

For the foregoing reasons, the Court HEREBY ORDERS:

1. This action is **STAYED for 120 days** to allow the parties an opportunity to settle their dispute before the discovery process begins.  No pleadings or motions may be filed in this case during the stay.  The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within 45 days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within 60 days** from the date of this order, the assigned Assistant United States Attorney shall contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The Clerk of the Court SHALL serve a copy of this order to ADR Coordinator Sujean Park.

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action.  Changes of address must be reported promptly in a Notice of Change of Address.  *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **January 13, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS, | Case No. 1:23-cv-01493-JLT-CDB (PC) |
| Plaintiff, | NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

        Yes \_\_\_\_          No \_\_\_\_

2. Plaintiff (check one):

    \_\_\_\_\_ would like to participate in the settlement conference in person.

    \_\_\_\_\_ would like to participate in the settlement conference by telephone or video conference.

Dated:

                                _____

Signature
Plaintiff or Counsel for Defendant