UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC LEBRON SPRINGS,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 1:23-cv-01493-JLT-CDB (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

(Docs. 40, 41)

Plaintiff Eric Lebron Springs ("Plaintiff") is a federal prisoner proceeding pro se and *in forma pauperis* in this action brought pursuant to the Federal Tort Claims Act.  The Court has found that Plaintiff states at least one cognizable claim for relief.  (Docs. 26, 34).  On January 12, 2026, Defendant the United States of America filed an answer to the second amended complaint.  (Doc. 38).

Pending before the Court is a document filed by Plaintiff on January 30, 2026, titled "motion for default judgment" (Doc. 40) and an accompanying declaration (Doc. 41).  Both documents are signed and dated January 21, 2026.  In his motion, Plaintiff states that the summons and complaint were served on Defendant on "November 20, 2025," and "no answer or other defense has been filed by the Defendant."  (Doc. 40 at 1).  In his declaration, Plaintiff states that the Defendant has "failed to answer or otherwise defend as to Plaintiff's complaint."  (Doc. 41 at 1).  Plaintiff seeks default judgment against Defendant.  (Doc. 40 at 1-2).

The Court will construe Plaintiff's filing, more properly, as a request for entry of default.  Contrary to Plaintiff's assertion, Defendant the United States has filed an answer to the second

amended complaint.  *See* (Doc. 38).

As a result, default is inapplicable as Defendant has answered the operative complaint.  The Court stayed this action on January 13, 2026, to allow the parties an opportunity to settle their dispute before the discovery process begins.  *See* (Doc. 39).  Pursuant to that order, while proceedings are stayed, Plaintiff may not file motions.

The Court reminds Plaintiff that he must complete and file the notice regarding agreement to proceed to an early settlement conference, attached to the Court's order to stay (Doc. 39 at 3), within 45 days from the date of entry of the Court's order (*i.e.*, within 45 days after January 13, 2026).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's construed request for entry of default (Doc. 40) is DENIED.

IT IS SO ORDERED.

Dated:  __**February 2, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE

2