# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ERIC LEBRON SPRINGS,                    Case No. 1:23-cv-01493-JLT-CDB

      Plaintiff,

   v.

UNITED STATES OF AMERICA,

      Defendant.

**ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

Eric Lebron Springs, inmate number 42399-074, a necessary and material witness in a telephonic pre-settlement conference in this case on July 6, 2026, is confined at United States Penitentiary, Florence ADMAX, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by telephonic conferencing from his place of confinement, on **July 6, 2026, at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the pre-settlement conference call or as ordered by the court.  (Dial-in number: 1-669-254-5252; meeting ID 160 644 7139; passcode: 646053.)

2.  The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via U.S. mail to  USP Florence ADMAX, U.S. Penitentiary, PO Box 8500, Florence, CO 81226, and to email a copy of this order to FLX-ExecAssistant-S@bop.gov.

4.  Any difficulties connecting to the teleconference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, USP Florence ADMAX, 5880 Highway 67 South, Florence, CO 81226:**

**WE COMMAND** you to produce the inmate/detainee named above to testify before Judge Barch-Kuchta at the time and place above, by telephonic conferencing, until completion of the telephonic pre-settlement conference or as ordered by the Court; and

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **June 4, 2026**                        _____
                                                UNITED STATES MAGISTRATE JUDGE

