# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ERIC LEBRON SPRINGS,                    Case No. 1:23-cv-01493-JLT-CDB

      Plaintiff,

   v.

UNITED STATES OF AMERICA,

      Defendant.                    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Eric Lebron Springs, inmate number 42399-074, a necessary and material witness in a settlement conference in this case on July 13, 2026, is confined at United States Penitentiary, Florence ADMAX, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by Zoom video conference from his place of confinement, on **July 13, 2026, at 10:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.  Zoom video conference connection information will be supplied via separate email.

2.  The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via U.S. mail to  USP Florence ADMAX, U.S. Penitentiary, PO Box 8500, Florence, CO 81226, and to email a copy of this order to FLX-ExecAssistant-S@bop.gov.

4.  Any difficulties connecting to the teleconference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, USP Florence ADMAX, 5880 Highway 67 South, Florence, CO 81226:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the Court; and

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **June 4, 2026**

UNITED STATES MAGISTRATE JUDGE

